IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FERRING PHARMACEUTICALS INC., FERRING B.V., and FERRING INTERNATIONAL CENTER S.A., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 17-479 (GMS) |
| SERENITY PHARMACEUTICALS, LLC, REPRISE BIOPHARMACEUTICALS, LLC, and ALLERGAN, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

## ALLERGAN, INC.'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS OR TRANSFER

Defendant Allergan, Inc. incorporates by reference the reply brief filed by defendants Serenity Pharmaceuticals, LLC and Reprise Biopharmaceuticals, LLC (D.I. 23).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

_____
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendants*

OF COUNSEL:

Joseph Evall
GIBSON, DUNN & CRUTCHER
200 Park Avenue
New York, NY  10166-0193
(212) 351-4000

*Attorneys for Allergan, Inc.*

July 14, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 14, 2017, upon the following in the manner indicated:

| | |
|---|---|
| Mary W. Bourke, Esquire<br>Dana K. Severance, Esquire<br>Daniel Attaway, Esquire<br>WOMBLE CARLYLE SANDRIDGE & RICE, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Keats A. Quinalty, Esquire<br>John W. Cox, Esquire<br>Joshua A. Davis, Esquire<br>WOMBLE CARLYLE SANDRIDGE & RICE, LLP<br>271 17th Street NW, Suite 2400<br>Atlanta, GA  30363<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)