UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FERRING PHARMACEUTICALS INC., FERRING B.V., and FERRING INTERNATIONAL CENTER S.A.,<br><br>Plaintiffs,<br><br>v.<br><br>SERENITY PHARMACEUTICALS, LLC, and REPRISE BIOPHARMACEUTICS, LLC,<br><br>Defendants. | C.A. No. 1:17-cv-09922 (RWS)<br><br>ECF Case |
| SERENITY PHARMACEUTICALS, LLC, REPRISE BIOPHARMACEUTICS, LLC, and AVADEL SPECIALTY PHARMACEUTICALS, LLC,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>FERRING B.V., FERRING INTERNATIONAL CENTER S.A., and FERRING PHARMACEUTICALS INC.,<br><br>Counterclaim-Defendants. | C.A. No. 1:17-cv-09922 (RWS)<br><br>ECF Case |

**FERRING'S NOTICE OF MOTION FOR LEAVE TO FILE
(1) SECOND AMENDED COMPLAINT FOR DECLARATORY JUDGMENT
AND (2) REPLY TO COUNTERCLAIMS AND AFFIRMATIVE DEFENSES,
<u>AND AMENDED COUNTERCLAIMS IN REPLY</u>**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law dated October 1, 2018 and all prior pleadings and proceedings in this action, plaintiffs Ferring Pharmaceuticals Inc., Ferring B.V., and Ferring International Center S.A., (collectively

"Ferring"), by and through their undersigned counsel, will move this Court, before the Honorable Robert W. Sweet, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, on November 7, 2018, at 12:00 p.m. for an order granting Ferring leave to file its (1) Second Amended Complaint for Declaratory Judgment and (2) Reply to Counterclaims and Affirmative Defenses, and Amended Counterclaims in Reply.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Local Civil Rule 6.1, opposition papers must be served and filed on or before October 15, 2018, and reply papers must be served and filed on or before October 22, 2018.

| | |
|---|---|
| Dated: October 1, 2018 | GIBBONS P.C.<br><br>s/ William P. Deni, Jr.<br>William P. Deni, Jr.<br>One Gateway Center<br>Newark, NJ 07102-5310<br>Telephone: (973) 596-4853<br>wdeni@gibbonslaw.com |

OF COUNSEL:

Mary W. Bourke
Kristen Healey Cramer
Dana K. Severance
Daniel M. Attaway
WOMBLE BOND DICKINSON (US), LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Mary.Bourke@wbd-us.com
Kristen.Cramer@wbd-us.com
Dana.Severance@wbd-us.com
Daniel.Attaway@wbd-us.com

John W. Cox
WOMBLE BOND DICKINSON (US), LLP
271 17th Street NW, Suite 2400
Atlanta, GA 30363
Telephone: (404)-872-7000
John.Cox@wbd-us.com

James D. Weinberger
Jessica Vosgerchian
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
4 Times Square, 17th Floor
New York, New York 10036
Telephone:  (212) 813-5900
jweinberger@fzlz.com
jvosgerchian@fzlz.com

*Attorneys for Plaintiffs/Counterclaim-Defendants*