# GIBBONS

WILLIAM P. DENI, JR.
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4853 Fax: (973) 639-8373
wdeni@gibbonslaw.com

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/2020

January 28, 2020

MEMO ENDORSED

OK

1/29/2020

**VIA ECF**

Hon. Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: **Ferring Pharm. Inc., et al. v. Serenity Pharm. LLC, et al.**
**Case No. 17-9922 (CM) (SDA)**

Dear Judge McMahon:

This firm, along with Womble Bond Dickinson (US) LLP, represents Plaintiffs Ferring Pharmaceuticals Inc., Ferring B.V., and Ferring International Center S.A. (collectively, "Ferring") in the above-referenced matter. We write on behalf of both Ferring and Counterclaimants Serenity Pharmaceuticals, LLC and Reprise Biopharmaceutics, LLC to request an extension of the deadline for the parties to file their respective proposed findings of fact and conclusions of law ("findings") from Friday, January 31, 2020 (see ECF No. 556) until Tuesday, February 4, 2020. The parties request this extension because they mutually agreed to extend the time to exchange initial findings on issues on which the parties bear the burden of proof, which, in turn shortened the time to prepare the parties' responsive findings and to each file their initial and responsive findings with the Court. The requested extension will allow adequate time for the parties' clients to review the findings prior to filing.

There have been no previous requests for extensions of this deadline, and the requested extension does not affect any other remaining dates in the schedule (see ECF Nos. 555 and 556).

Respectfully submitted,

s/ William P. Deni, Jr.
William P. Deni, Jr.

cc: All Counsel of Record (via ECF)