**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

FERRING B.V., FERRING
INTERNATIONAL CENTER S.A., and
FERRING PHARMACEUTICALS INC.,

    Plaintiffs and
    Counter-Defendants,

-against-

SERENITY PHARMACEUTICALS, LLC,
REPRISE BIOPHARMACEUTICS, LLC,
AVADEL SPECIALTY PHARMACEUTICALS, LLC,

    Defendants and
    Counterclaimants.

---x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2020

No. 17 Civ. 9922 (CM)(SA)

## NOTICE TO COUNSEL

McMahon, C.J.:

    Counsel, I have letters asking to seal various filings (apparently in their entirety) because they contain material that you have designated as "confidential" pursuant to your protective orders. (See, Docket ## 574, 592, 594)

    The time for protective order presumptions has passed. If you want me to seal a document, you need to provide me with a copy of the document, suitably marked so I can distinguish between what is proposed to be redacted and what can remain public (not everything could possibly be confidential). And you need to provide me with a reason why each thing you propose to redact is in fact confidential. As you will recall, when you entered into the protective order, it contained an addendum saying that my presumption is that material can be made public; so you need to convince me otherwise.

    In short, I can either deny your letter motions or I can await your presentation of enough information so that, on a redaction by redaction basis, I can make a ruling.

Dated: February 5, 2020

_____
Chief Judge

BY ECF TO ALL COUNSEL