UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

FERRING B.V., FERRING
INTERNATIONAL CENTER S.A., and
FERRING PHARMACEUTICALS INC.,

           Plaintiffs and
           Counter-Defendants,

   -against-                                         No. 17 Civ. 9922 (CM)(SA)

SERENITY PHARMACEUTICALS, LLC,
REPRISE BIOPHARMACEUTICS, LLC,

           Defendants and
           Counterclaimants.

---------------------------------------------------------------x

### REMOTE PUBLIC ACCESS INFORMATION FOR TRIAL

McMahon, C.J.:

    The Court will be conducting a bench trial from July 6-16 in *Ferring Pharmaceuticals Inc. et al v. Serenity Pharmaceuticals, LLC*. Chief Judge Colleen McMahon will be in an open courtroom (Courtroom 24A), with the parties participating *via* videoconference. The public is free to attend in person or dial-in.

Dial by your location
    +1 301 715 8592 US (Germantown)
    +1 312 626 6799 US (Chicago)
    +1 646 876 9923 US (New York)
    +1 253 215 8782 US (Tacoma)
    +1 346 248 7799 US (Houston)
    +1 669 900 6833 US (San Jose)

Meeting ID: 979 9713 4374
Password: 585807

    Audio or video reproduction of the proceeding is strictly prohibited.

Dated: July 6, 2020

                                                                           Chief Judge

7/6/20