**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
FERRING PHARMACEUTICALS INC.,
FERRING B.V., and FERRING
INTERNATIONAL CENTER S.A.,

                Plaintiffs,                 17 **CIVIL** 9922 (CM) (SDA)

      v.

SERENITY PHARMACEUTICALS, LLC, and
REPRISE BIOPHARMACEUTICS, LLC,

                Defendants.
-------------------------------------------------------------X
SERENITY PHARMACEUTICALS, LLC,
REPRISE BIOPHARMACEUTICS, LLC, and
AVADEL SPECIALTY PHARMACEUTICALS,
LLC,

              Counterclaim-Plaintiffs,           17 **CIVIL** 9922 (CM) (SDA)

      v.                                                  **JUDGMENT**

FERRING B.V., FERRING INTERNATIONAL
CENTER S.A., and FERRING
PHARMACEUTICALS INC.,

              Counterclaim-Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Findings of Facts, Conclusions of Law and Verdict dated August 21,2020, judgment is entered dismissing the counterclaims, with costs to the Counterclaim Defendants; accordingly, the file is closed.

**DATED:** New York, New York
           August 21, 2020                                         **RUBY J. KRAJICK**

                                                                               _____
                                                                                  **Clerk of Court**

                                                           **BY:** _____
                                                                                  **Deputy Clerk**