UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FERRING PHARMACEUTICALS INC.,
FERRING B.V., and
FERRING INTERNATIONAL CENTER S.A.,

  Plaintiffs,

v.

SERENITY PHARMACEUTICALS, LLC, and
REPRISE BIOPHARACEUTICS, LLC,

  Defendants.

Case No. 1:17-cv-09922 (CM)(SA)

ECF Case

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/2020

SERENITY PHARMACEUTICALS, LLC, and
REPRISE BIOPHARACEUTICS, LLC

  Counterclaim-Plaintiffs,

v.

FERRING PHARMACEUTICALS INC.,
FERRING B.V., and
FERRING INTERNATIONAL CENTER S.A.,

  Counterclaim-Defendants.

Case No. 1:17-cv-09922 (CM)(SA)

ECF Case

MEMO ENDORSED

**COUNTERCLAIMANTS' MOTION TO
ALTER OR AMEND THE JUDGMENT UNDER F.R.C.P. 59(e)**

---

*Handwritten annotations by the judge:*

*If anyone thinks the judgment needs to be amended, submit away.*

*I refuse to "pretend" there is a valid patent to infringe and make findings on things where there were no facts. I am DONE making findings.*

① There is no need for the court to reach the issue of obviousness because I have already invalidated the patent on other grounds. I have adjudicated every "claim" — I have invalidated the patents. They are no longer valid patents. Nothing requires me to decide whether an invalid patent is invalid on every asserted ground.

② You cannot infringe an invalid patent. There is nothing to infringe! I correctly think that was obvious.

*[Signed] Colleen McMahon*

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law dated September 15, 2020, Counterclaimants Serenity Pharmaceuticals, LLC and Reprise Biopharmaceutics, LLC's (collectively, "Counterclaimants"), by and through their undersigned counsel, will move this Court, before the Honorable Colleen McMahon, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a time of the Court's convenience, for an order granting Counterclaimants' Motion to Alter or Amend the Judgment Under F.R.C.P. 59(e). (*See* D.I. 705.)

Dated: September 15, 2020                    Respectfully submitted,

/s/ *Paul J. Skiermont*
Paul J. Skiermont
Admitted *pro hac vice*
Sarah Spires
Admitted *pro hac vice*
Jaime K. Olin
Admitted *pro hac vice*
Sheetal S. Patel
Admitted *pro hac vice*
Skiermont Derby LLP
1601 Elm Street, Suite 4400
Dallas, Texas 75201
(214) 978-6600 (Telephone)
(214) 978-6601 (Facsimile)
pskiermont@skiermontderby.com
sspires@skiermontderby.com
jolin@skiermontderby.com
spatel@skiermontderby.com

*Counsel for Defendants and Counterclaimants Serenity Pharmaceuticals, LLC and Reprise Biopharmaceutics, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2020, the foregoing document was filed electronically through the Court's Electronic Case Filing System. Service of this document is being made upon all counsel of record in this case by the Notice of Electronic Filing issued through the Court's Electronic Case Filing System on this date.

By: */s/ Paul J. Skiermont*