UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────────x

FERRING B.V., FERRING
INTERNATIONAL CENTER S.A., and
FERRING PHARMACEUTICALS INC.,

           Plaintiffs and
           Counter-Defendants,

   -against-                                                     No. 17 Civ. 9922 (CM)(SA)

SERENITY PHARMACEUTICALS, LLC,
REPRISE BIOPHARMACEUTICS, LLC,
AVADEL SPECIALTY PHARMACEUTICALS, LLC,

           Defendants and
           Counterclaimants.
─────────────────────────────────────────x

## ORDER

McMahon, C.J.:

      Neither counsel for the Ferring Plaintiffs nor counsel for the Counterclaimants, Serenity and Reprise, has identified any information that needs to be redacted from this court's March 11, 2020 decision and order (Dkt. No. 670). (*See* Dkt. Nos. 674, 675.)

      The Clerk of Court is directed to unseal the opinion at Docket Number 670.

Dated: October 8, 2020

                                                                       Chief Judge

BY ECF TO ALL COUNSEL